JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL JOSE VELASCO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF EL MONTE, CITY OF BALDWIN PARK; STATE OF CALIFORNIA; OFFICER ERNEST BARRIOS; CORPORAL DANNY TATE; and DOES 1 to 100, Inclusive,<br><br>　　　　　Defendants. | Case No.: CV 19-7956-GW-AGRx<br>Honorable George H. Wu<br><br>**ORDER RE DISMISSAL**<br><br><br>Complaint Served: August 15, 2019 |

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

    **IT IS SO ORDERED**.

Dated: January 5, 2021

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE